UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE SMITH-DAVIS,

Plaintiff,

Case No. 25-cv-12108
Hon. Matthew F. Leitman

v.

STATE OF MICHIGAN, *et al.*,

Defendants.

______________________________________________________________/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 38) AND (2) TERMINATING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE (ECF No. 30)**

In this action, Plaintiff Maurice Smith-Davis alleges that the Defendants violated his rights in connection with his employment with Defendant Michigan Department of Corrections. (*See* Sec. Am. Compl., ECF No. 26.) On February 5, 2026, Defendants moved to dismiss Smith-Davis' claims. (*See* Mot., ECF No. 30.)

On August 4, 2026, the assigned Magistrate Judge issued a report and recommendation in which he recommended that (1) he hold a settlement conference in this case and (2) the Court terminate Defendants' motion to dismiss without prejudice pending the outcome of that conference (the "R&R"). (*See* R&R, ECF No. 38, PageID.582.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wished to object to his recommendation, they needed to file specific objections with the Court within 14 days. (*See id.,* PageID.582-583.)

No party has filed an objection to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). *See also Ivey v. Wilson*, 832 F.2d 950, (6th Cir. 1987) (where party fails to file "timely objections" to report and recommendation, court may accept that recommendation "without expressing any view on the merits of the magistrate's conclusions"). Likewise, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987). Nonetheless, the Court has reviewed the R&R and agrees with the Magistrate Judge's plan to hold a settlement conference and terminate Defendants' motion without prejudice.

Thus, for the reasons explained above, the Court **ADOPTS** the recommended disposition of the R&R and **TERMINATES** Defendants' motion to dismiss (ECF No. 30) **WITHOUT PREJUDICE**. The Magistrate Judge shall now hold a settlement conference in this action. If the case does not settle, he shall reinstate the motion to dismiss and prepare a substantive report and recommendation on the motion for the Court.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126